Marilyn SCHAFFER, Respondent,

v.

Paul SCHAFFER, Appellant.

No. WD 62845.

Missouri Court of Appeals,
Western District.

April 30, 2004.

Cyril M. Hendricks, Jefferson City, MO, for appellant.

Carla G. Holste, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOWARD, JJ.

### ORDER

PER CURIAM.

Paul Schaffer appeals the trial court's judgment finding that a prior modification judgment was void due to lack of notice. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).